# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 14-00248SOM-KSC |
| CASE NAME: | Arsenio Aguilar Pascua Vs. Option One Mortgage Corporation, et al. |
| ATTYS FOR PLA: | Robert Stone |
| ATTYS FOR DEFT: | Blaine Rogers<br>Kee Campbell |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | None |
| DATE: | 06/12/2015 | TIME: | 10:30am-10:42am |

COURT ACTION:  EP:   Settlement Conference-

Essential Terms of Loan Modification and settlement discussed.  Filing of Dismissal Deadline of July 15, 2015.

The Following Listed Dates are hereby Vacated-

Defendants' Motion for Judgment on the Pleadings [ECF No. 38] (Motion Terminated)- July 27, 2015, Final PreTrial Conference-August 25, 2015, Jury Selection/Jury Trial to follow-October 6, 2015 and all Scheduling Deadlines as stated in the Rule 16 scheduling Order [ECF No. 28]

Submitted by Leslie L. Sai, Courtroom Manager