Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON            1126
JADE LYNNE CHING    5808
J. BLAINE ROGERS      8606
KEE M. CAMPBELL      9168
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
E-mail:      palston@ahfi.com
             jlc@ahfi.com
             brogers@ahfi.com
             kcampbell@ahfi.com

Attorneys for Defendants
HOMEWARD RESIDENTIAL, INC.;
WELLS FARGO BANK, NATIONAL
ASSOCIATION AS TRUSTEE FOR
SOUNDVIEW HOME LOAN TRUST 2007-
OPT5, ASSET-BACKED CERTIFICATES,
SERIES 2007-OPT5, erroneously sued as
Wells Fargo Bank, N.A.; OCWEN LOAN
SERVICING, LLC; and SAND CANYON
CORPORATION, erroneously sued as
Option One Mortgage Corporation

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ARSENIO AGUILAR PASCUA, <br><br> Plaintiff, <br><br> vs. <br><br> OPTION ONE MORTGAGE | Civil No. 14-00248 SOM-KSC (FDCPA, Slander of Title, and Quiet Title) <br><br> **STIPULATION TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANTS AND** |

935986v1 \ 9707-45

CORPORATION; HOMEWARD
RESIDENTIAL, INC.; WELLS
FARGO BANK, N.A.; and OCWEN
LOAN SERVICING, LLC;

    Defendants.

**ORDER**

## STIPULATION TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANTS AND ORDER

IT IS HEREBY STIPULATED by and between Plaintiff Arsenio

Aguilar Pascua and Defendants Homeward Residential, Inc., Wells Fargo Bank,

National Association as Trustee for Soundview Home Loan Trust 2007-OPT5,

Asset-Backed Certificates, Series 2007-OPT5, erroneously sued as Wells Fargo

Bank, N.A., Ocwen Loan Servicing, LLC and Sand Canyon Corporation,

erroneously sued as Option One Mortgage Corporation, through their respective

counsel, that the Complaint ("Complaint"), filed May 28, 2014 is hereby

**dismissed with prejudice**.

This Stipulation is entered into pursuant to Rule 41(a)(1)(A)(ii) of

the Federal Rules of Civil Procedure, and has been signed by all parties

appearing in this action.  There are no remaining claims or parties.  Each party

shall bear their own costs and attorneys' fees.

935986v1 / 11263-10

2

Dated:  Honolulu, Hawai`i, November 11, 2015.

/s/ Kee M. Campbell

PAUL ALSTON
JADE LYNNE CHING
J. BLAINE ROGERS
KEE M. CAMPBELL
Attorneys for Defendants
HOMEWARD RESIDENTIAL, INC.;
WELLS FARGO BANK, NATIONAL
ASSOCIATION AS TRUSTEE FOR
SOUNDVIEW HOME LOAN TRUST 2007-
OPT5, ASSET-BACKED CERTIFICATES,
SERIES 2007-OPT5, erroneously sued as
Wells Fargo Bank, N.A.; OCWEN LOAN
SERVICING, LLC; and SAND CANYON
CORPORATION, erroneously sued as Option
One Mortgage Corporation

/s/ Robert L. Stone

ROBERT L. STONE
Attorney for Plaintiff
ARSENIO AGUILAR PASCUA

935986v1 / 11263-10                              3

APPROVED AS TO FORM:

DATED: Honolulu, Hawaii, November 12, 2015.



/s/ Susan Oki Mollway
Susan Oki Mollway
Senior United States District Judge

---

Case No. CV14-00248 SOM-KSC; U.S. District Court for the District of Hawaii;
Arsenio Aguilar Pascua*, v. Option One Mortgage Corporation, et al.*;
**STIPULATION TO DISMISS WITH PREJUDICE ALL CLAIMS
AGAINST DEFENDANTS**